IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR344 |
| | ) | |
| vs. | ) | ORDER TO DESTROY |
| | ) | OR OTHERWISE DISPOSE |
| RICHARD WOODARD, | ) | OF RETURNED EXHIBITS |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the United States' Motion to Destroy or Otherwise Dispose of Returned Exhibits (Filing No. 62). The exhibits are currently in the possession of the Plaintiff.

Having received no objection from counsel for the Defendant, the Court, for good cause shown, grants the United States' Motion.

IT IS SO ORDERED this 7th day of October, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge, United States District Court